**\*\* E-filed March 18, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

WALTER MATKOVICS,                                    No. C09-05351 HRL

          Plaintiff,                          **ORDER (1) CONTINUING INITIAL
   v.                                                **CASE MANGEMENT CONFERENCE
                                      AND (2) DENYING AS MOOT
PROFESSIONAL RECOVERY                                 REQUEST TO APPEAR BY
CONSULTANTS,                                          TELEPHONE**

          Defendant.                          **[Re: Docket Nos. 11, 12]**

_____/

      Upon filing, this case was scheduled for an Initial Case Management Conference on March 23, 2010.  Plaintiff now advises the court that he has not yet served defendant with his amended complaint.  Good cause appearing, the Initial Case Management Conference is continued to **May 11, 2010 at 1:30 p.m.** in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113.  The parties shall file a Joint Case Management Statement by **May 4, 2010.**  Plaintiff's request to appear telephonically at the Initial Case Management Conference as originally scheduled is denied as moot.

      **IT IS SO ORDERED.**

Dated: March 18, 2010

                            _____
                            HOWARD R. LLOYD
                            UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**C 09-05351 HRL Notice will be electronically mailed to:**

Ryan Scott Lee      rlee@consumerlawcenter.com, akrohn@consumerlawcenter.com, ppalomo@consumerlawcenter.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**